# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION NO. 3:17-CV-1343** |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **SUSAN NEIDERER a/k/a SUSAN T. NEIDERER AND MICHAEL E. NEIDERER, JR.,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 28th day of September, 2018, upon consideration of Plaintiffs Motion (Doc. 13) which states that notice has been given to all lien holders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby ORDERED as follows:

1. That the public sale held on July 12, 2018, is hereby confirmed and the interest of all lien holders are divested.

2. That the Marshal is ordered and directed to execute and deliver to RACKENSAR INVESTMENT GROUP, LLC, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of SUSAN NEIDERER a/k/a SUSAN T. NEIDERER and MICHAEL E. NEIDERER, JR., in and to the premises sold located at Lot 82 Indian Ridge a/k/a 92 Comanche Trail, Hanover, PA 17331.

3. The Deed shall be recorded by the Purchaser within thirty (30) days of its delivery to the Purchaser by the Marshal. The Purchaser is solely responsible for payment of all recording charges and expenses.

4. That jurisdiction is retained for such further orders or decrees as may be necessary.


    /S/ C<span>HRISTOPHER</span> C. C<span>ONNER</span>
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania